3:21-cv-00249-SLG

ALASKA STATEHOOD ACT, July, 1958, P.L. 85-508 HR 7999 STAT 399
CONSTITUTION OF THE STATE OF ALASKA ARTICLE IV § 3/ COMMON LAW
UNITED STATES DISTRICT COURT
ANCHORAGE, AK

RECEIVED
NOV 09 2021
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

NOTICE OF INTENT TO FILE SUIT/LIEN:

Petitioner/claimant: keith-joseph:tracey , Sui Juris

Vs

DEFENDANT/RESPONDENTS: KEVIN SAXBY (INDIVIDUAL CAPACITY)
KATHOLYN RUNNELS (INDIVIDUAL CAPACITY)
JOHN ZELINSKY (INDIVIDUAL CAPACITY), L.WILSON (INDIVIDUAL CAPACITy)

CAUSE OF ACTION: The utilization of an Unconstitutional, illegal "special order" to continuously violate my 1st, 6th, 9th, and 14th Constitutional rights and commit crimes against me, making me a crime victim. Each defendqant has committed 4 violations of the plaintiffs Constitutioinal rights in this case and has done so repeatedly and continuously. in the case 3AN-19-10566CR

RELIEF DEMANDED: 173,000.00$ dollars per Constitutional violation, per defendant as just compensation and grant the only remedy the law allows, the remedy the Law demands, the Dismissal of charges with prejudice.

JURY TRIAL DEMANDED!

BY MY HAND THIS 5th DAY OF November 20___

By: _____ /keith-joseph:tracey
without prejudice UCC1-207

1. _____  11-5-2021    2. _____
(witness signature)   (date)        witness signature dat

Case 3:21-cv-00249-SLG   Document 1   Filed 11/09/21   Page 1 of 3

I fully intend on filing a 1983 suit and I request a case number so that I am allowed to file my paperwork. I originally sent an envelope containing my intent to file a Lie/suit to the courts at 825 W. 4th avenue, they stamped the file as "filed" yet failed to give me a case number. I mistakenly sent them the 1983 paperwork, which they recieved on 9-28-21 through a letter sent certified mail return receipt requested. They did not inform me that the paperwork was deficient due to lack of case number which they never provided. I asked for the case paperwork back along with a case numberso that I can file the peperwork with the deficiency corrected. They sent me back a deficiency paper back stating that I wasn't able to file a 1983 without a lawyer to represent me. This is incorrect. IUAM able to file a 1983 lawsuit on my own behald and the courts are wrong in the latter of deficiency stating that I can't. They also did not send back the filled out 1983 lawsuit that I had sent them originally, which wqas signed for by one "D. Strong". This letter is to clarify that I intend to file a 1983 lawsuit on my own behalf which is perfectly legal. I demand an expedited filing and an immediate case number so that I may file this paperwork as per my right to do so.

by my hand on this __5th__ day of __November__ 20__21__

By: _____/keith-joseph:tracey_____
without prejudice UCC1-207

1. __(witness signature)__  __11-5-21__  2. __witness signature__
   (witness signature)       (date)         witness signature

Keith Tracey #485211
GCCC 2338I #13&P
Wasilla, AK [99627]

United States Court
222 West 7th Avenue Room 3
Anchorage, AK 99513

CERTIFIED MAIL
7021 0350 0000 8313 3774



NEOPOST
11/08/2021
US POSTAGE $004.28
ZIP 99654
041M11450739